■ HSBC Bank USA, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-8, Respondent, v Larinzo Clayton, Also Known as Larinzo D. Clayton, Appellant, et al., Defendants. [44 NYS3d 914]—In an action to foreclose a mortgage, the defendant Larinzo Clayton, also known as Larinzo D. Clayton, appeals, as limited by his brief, from so much of an order of the Supreme Court, Nassau County (Adams, J.), entered May 9, 2014, as granted that branch of the plaintiff's motion which was for an order of reference and for leave to enter a default judgment against him upon his failure to appear or answer the complaint.

Ordered that the appeal is dismissed, without costs or disbursements.

The appeal from the order must be dismissed because the right of direct appeal therefrom terminated with the entry of the final judgment of foreclosure and sale in the action (*see Matter of Aho*, 39 NY2d 241, 248 [1976]). The issues raised on the appeal from the order are brought up for review and have been considered on the appeal from the judgment of foreclosure and sale (*see* CPLR 5501 [a] [1]) in the related appeal decided herewith (*see HSBC Bank USA, N.A. v Clayton*, 146 AD3d 942 [2017] [decided herewith]). Rivera, J.P., Austin, Cohen and Brathwaite Nelson, JJ., concur.